No. 78–6312.  LADD v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 78–6313.  BRACEY v. HEERINGA ET AL.  C. A. 7th Cir. Certiorari denied.

No. 78–6314.  MORRIS v. JAGO, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 78–6316.  GIBSON v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 78–6323.  JACOBS v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 78–6324.  LIGHTNER v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 78–6327.  GREEN v. MISSOURI ET AL.  C. A. 8th Cir. Certiorari denied.

No. 78–6328.  BUNDY v. UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 78–6331.  MUSTO v. ENGLE, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 78–6332.  EDWARDS v. CITY OF SEATTLE ET AL.  Sup. Ct. Wash.  Certiorari denied.

No. 78–6334.  SARNESCKY v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 78–6382.  DOW v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.